UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARENCE J. RUSSELL,<br><br>                Petitioner,<br><br>     vs.<br><br>AMY MILLER, Warden,<br><br>                Respondent. | Case No. CV 11-3773-DDP (DTB)<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

     Pursuant to 28 U.S.C. § 636, the Court has reviewed the Superseding Report and Recommendation of the United States Magistrate Judge. No objections to the Superseding Report and Recommendation have been filed herein. The Court concurs with and accepts the findings, conclusions and recommendations of the Magistrate Judge.

/ / /

/ / /

/ / /

/ / /

1

1     IT THEREFORE IS ORDERED that Judgment be entered denying the First
2 Amended Petition with respect to Grounds One, Five and Six, and granting the First
3 Amended Petition with respect to Grounds Two and Three. Petitioner is discharged
4 from all consequences of his conviction of petty theft with a prior in Case No.
5 TA105135.

7 Dated: March 24, 2015          _____
8                                 DEAN D. PREGERSON
                                  UNITED STATES DISTRICT JUDGE