JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

CLARENCE J. RUSSELL,  )  Case No. CV 11-3773-DDP (DTB)
             Petitioner,  )
                          )  **J U D G M E N T**
       vs.                )
                          )
AMY MILLER, Warden,       )
                          )
             Respondent.  )

        Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

        IT IS ADJUDGED that the First Amended Petition is denied with respect to Grounds One, Five and Six, and is granted with respect to Grounds Two and Three. Petitioner is discharged from all consequences of his conviction of petty theft with a prior in Case No. TA105135.

Dated: March 24, 2015

                              _____
                              DEAN D. PREGERSON
                              UNITED STATES DISTRICT JUDGE

1